Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113

408-286-5150

Attorney for plaintiff

## IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| PAMELA SCHULTZ, individually and in her capacity as the personal representative of the ESTATE OF JOHN SCHULTZ,<br>         *Plaintiff*,<br>v.<br>COUNTY OF SANTA CLARA; LAURIE SMITH; JOHN HIROKAWA; TOBY WONG; KEVIN HEILMAN; RENE SANTIAGO; MARYANN BARRY; CHRISTINE FERRY; ASHA JETTER, MFT; CLASSIFICATION OFFICER SHELTON; CORRECTIONS DEPUTY MADYUN; CORRECTIONS SERGEANT FISHER; JOHN DOE and RICHARD ROE, individually and in their capacities as corrections officers for the Santa Clara County Department of Corrections, the identities and exact numbers of whom are unknown to plaintiff at this time; NANCY POE and CARL COE, individually and in their capacities as health care workers in the Santa Clara County jail system, the identities and exact numbers of whom are unknown to plaintiff at this time; DOES 1-50,<br>         *Defendants*. | No. CV 13-0901 LHK<br><br>STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE TO MAGISTRATE JUDGE PAUL S. GREWAL |

  The parties met and conferred regarding reassignment of this case to a United States Magistrate Judge for trial and disposition. Plaintiff is willing to stipulate to reassignment to

Stipulation and [Proposed] Order Transferring Case
to Honorable Paul S. Grewal                                        Page 1

1 Magistrate Judge Paul S. Grewal, and Defendants do not object. The parties, having reached an
2 agreement, hereby stipulate to reassignment of this case to Magistrate Judge Paul S. Grewal.

4 Dated: 1 May 2013

7 /s/ Anthony Boskovich
_____
8 Anthony Boskovich
Attorney for Plaintiff

10 Dated: 1 May 2013

12 /s/ Gregory J. Sebastinelli
_____
13 Gregory J. Sebastinelli
Attorney for defendants

14 Based on the parties' consent to proceed before a U.S. Magistrate Judge for all purposes including trial
15 and entry of judgment, the Court directs the Clerk to reassign this case to United States Magistrate Judge
Paul S. Grewal. Appeal from the judgment shall be taken directly to the United States Court of Appeals
16 for the Ninth Circuit.  **IT IS SO ORDERED.**

_Lucy H. Koh_
_____
Judge of the United States District Court

Stipulation and [Proposed] Order Transferring Case
28 to Honorable Paul S. Grewal                                                                                       Page 2