UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA SCHULTZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA et al., <br><br> Defendants. | Case No. 5:13-cv-00901-PSG <br><br> **ORDER TO SHOW CAUSE** <br><br> (Re: Docket No. 49) |

The parties have filed a notice of settlement in this case.[1] The court therefore vacates the pre-trial conference and trial dates. The parties shall file a notice of dismissal within forty-five days or show cause in writing why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

Dated: September 25, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 49 at 1 ("PLEASE TAKE NOTICE that Plaintiff has entered into a full settlement with all Defendants in this matter").

1

Case No. 5:13-cv-00901-PSG
ORDER TO SHOW CAUSE