UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA SCHULTZ, et al.,       ) | Case No. 5:13-cv-00901-PSG |
| )  | |
| Plaintiffs,        ) | **ORDER OF DISMISSAL** |
| )  | |
| v.        ) | **(Re: Docket No. 49)** |
| )  | |
| COUNTY OF SANTA CLARA et al.,   ) | |
| )  | |
| Defendants.        ) | |
| )  | |

Plaintiffs have notified the court that all parties have settled this case.[1]  Having failed to dismiss this case within 45 days of this court's September 25, 2014 order to show cause,[2] the court now dismisses all claims with prejudice, for failure to prosecute.  The Clerk shall close the file.

**SO ORDERED.**

Dated: December 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 49.

[2] *See* Docket No. 50.

Case No. 5:13-cv-00901-PSG
ORDER OF DISMISSAL

1